# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2285 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 17 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 56553 |
| | : | |
| RONALD S. POLLACK | : | (Bucks County) |
| | : | |
| Respondent | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of August, 2016, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Ronald S. Pollack is suspended on consent from the Bar of this Commonwealth for a period of four years. The suspension is stayed in its entirety, and he is placed on probation for a period of four years, subject to the following conditions:

1. Respondent shall continue to prepare monthly three-way reconciliations for all IOLTA and other fiduciary accounts;

2. Respondent shall send those reconciliations to the Office of Disciplinary Counsel by the 20th day of the following month for the length of the probationary period;

3. Respondent shall select a CPA or other qualified professional, subject to the Office of Disciplinary Counsel's approval, to periodically review Respondent's three-way reconciliations and certify the same for accuracy;

4. Respondent shall maintain all of the required books and records provided by Pa.R.D.E. 221(e) in electronic form, which shall be securely backed up, and readily accessible to Respondent and to the Office of Disciplinary Counsel upon demand;

5. Respondent shall comply with any request by the Office of Disciplinary Counsel for back-up records supporting his reconciliations within twenty days of his receipt of a request for production, without the need for the Office of Disciplinary Counsel to issue a subpoena; and

6. Respondent shall enter into regular counseling with a qualified licensed professional and provide the Office of Disciplinary Counsel with proof of his continued compliance with the recommended treatment and/or medication, until the licensed professional determines that Respondent is not in need of further treatment.